No. 96–356.  MOFFITT, ZWERLING & KEMLER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE THOMAS took no part in the consideration or decision of this petition. ■

No. 96–562.  ORGANON, INC. v. KESSLER, COMMISSIONER OF FOOD AND DRUGS, ET AL.;
No. 96–575.  BRACCO DIAGNOSTICS INC. ET AL. v. KESSLER, COMMISSIONER OF FOOD AND DRUGS, ET AL.;
No. 96–728.  KESSLER, COMMISSIONER OF FOOD AND DRUGS, ET AL. v. ORGANON, INC., ET AL.; and
No. 96–761.  GENERIC PHARMACEUTICAL INDUSTRY ASSN. v. BRACCO DIAGNOSTICS INC. ET AL.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.  Reported below: 80 F. 3d 1543.

No. 96–685.  CARLSON ET AL. v. ALASKA COMMERCIAL FISHERIES ENTRY COMMISSION.  Sup. Ct. Alaska.  Motion of Tangier Sound Waterman's Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 96–743.  EMC CORP. v. NORAND CORP.  C. A. Fed. Cir.  Motion of New England Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ■

No. 96–747.  UNION OIL COMPANY OF CALIFORNIA v. CITIZENS FOR A BETTER ENVIRONMENT-CALIFORNIA ET AL.  C. A. 9th Cir.  Motion of American Automobile Manufacturers Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied. ■

No. 96–6665.  JACOB v. AT&T CORPORATE HEADQUARTERS.  C. A. 2d Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.